FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 25 2010

BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT GARLAND | § | |
| | § | |
| V. | § | CASE NO. 4:09CV10 |
| | § | |
| MARVIN ANN PATTERSON, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. 58) be GRANTED and that Plaintiff's claims here be dismissed with prejudice.

The court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore, Defendants' Motion for Summary Judgment (Dkt. 58) is GRANTED as set forth in the report, and Plaintiff's claims here are dismissed with prejudice.

**IT IS SO ORDERED.**

SIGNED this 25th day of January, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE